NATHAN GRANT,
    PLAINTIFF,

VS.                            CASE NO. 14-CV-2230

RICHARD BICKLE,
DR. MICHAEL P. HONAN,
PEG CLARK,
    DEFENDANTS,

## Motion To Compel

Now comes plaintiff, Nathan Grant, pro-se and prays this honorable court to compel defendants to answer to plaintiff's discovery request on Febuary 20, 2015. (Discovery attached) I have not recieved one document requested.

1. Plaintiff seeks every document requested in document which are: any policy that Douglas County Jail and Correctional Health Care companies have in place to treat a patient with Staph/MRSA. Also, the Douglas County Jail-Rulebook from 2012 when I was a inmate there from July 30, 2012, to November 5, 2012 and a copy of a grievance I filed on being-bitten by a recluse spider and the medical treatment I was recieving filed between September 29, 2012, to October 10, 2012.

DATE: 3/25/15                      /s/ Nathan Grant
                                           Pro-Se Plaintiff

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATHAN GRANT (PLAINTIFF)

VS.    CASE NO. 14-CV-2230

RICHARD BICKLE,
MICHAEL P. HONAN,
PEG CLARK (DEFENDANTS)

## Discovery

Plaintiff Nathan Grant, pro-se, is requesting documents through discovery to be given to plaintiff by defendants through their attorneys.

1. Plaintiff request copies of the policy and the procedures that Correctional Healthcare Company had in place in Sept/Oct of 2012 that defendants Michael P. Honan, Peg Clark were to suppose to follow when the defendants diagnose inmates with Staph/MRSA and any policy or procedures the defendants should do when defendants come across a inmate with a recluse spider bite. Plaintiff request this documents from defendants Michael P. Honan and Peg Clark who work for Correctional Healthcare Company.

(1)

2. Plaintiff request copies of the policy and the procedures put in place at Douglas County Jail written by Sheriff Charles McGrew or Correctional Healthcare Company in Sept/Oct of 2012 that Defendants Richard Bickle, Michael P. Honan, and Peg Clark and any staff member should follow when inmate is diagnosed by medical staff with staph/MRSA and when they come across a inmate who complains of a recluse spider bite.

3. Plaintiff request the rule book handed out to plaintiff between Sept/Oct 2012, not the revised version [he] was given from Freedom of Information Officer. Also a copy of a grievance plaintiff filed complaining only about being bitten by a recluse spider between Sept/Oct 2012.

Wherefore plaintiff respectfully request this documents through discovery to defendants through their ~~~~~~~~ attorneys.

Date: 2/20/15        /s/ ~~~~~~~~~~

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATHAN GRANT )
Plaintiff/Petitioner )
)
-vs.- )    No. 14-CV-2230
RICHARD BICKLE, MICHAEL P. HONAN )
PEG CLARK )
Defendant/Respondent )

PROOF/CERTIFICATE OF SERVICE

TO: KEITH E. FRUEHLING/DANIEL P. QUEL
HEYL, ROYSTER, VOELKER & ALLEN
102 E. MAIN ST. — SUITE 300
P.O. BOX 129 — URBANA, IL 61803

TO: MICHAEL J. VICTOR/BHAIRAV RADIA
O'HALLORAN, KOSOFF, GEITNER & COOK, LLC
650 DUNDEE RD. — SUITE 475
NORTHBROOK, IL 60062

PLEASE TAKE NOTICE that on 2/20, 2015, I placed the attached or enclosed documents in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 2/20/15

/s/ Nathan Grant
NAME: NATHAN GRANT
I.D.O.C.#: R-21691
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764-0099

Subscribed and sworn to before me this ___ day of ___, 201_

_____
Notary Public

OFFICIAL SEAL
MARK G. SPENCER
Notary Public - State of Illinois
My Commission Expires
August 27, 2016