Central District Clerk, 4/1/15

On 3/31 I sent the wrong documents to be e-filed to you here at Pontiac C.C. Law Library, the documents scanned do not even go together, I'm asking you to delete that e-file scan, I'm now sending the proper documents and put together as there suppose to be. One is a motion I'm filing for myself a summary judgement, the front 28 pages are answer in affidavits & declaration with attachments to defendants joint motion. They are separate filings.

Respectfully,

[signature]