IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATHAN GRANT,
   PLAINTIFF

VS.

PEG CLARK,
RICHARD BICKLE,
DR. MICHAEL P. HONAN,
   DEFENDANTS,

CASE NO. 14-CV-2236

## ANSWER TO JOINT MOTION FOR SUMMARY JUDGEMENT AND MEMORANDUM OF LAW

NOW COMES, NATHAN GRANT, PRO-SE IN ANSWER TO DEFENDANTS JOINT MOTION FOR SUMMARY JUDGEMENT AND MEMORANDUM OF LAW, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56, BY AFFIDAVITS AND PLAINTIFFS DECLARATION, CITING LAW FROM PRISONER CIVIL RIGHTS UNDER PLRA. PLAINTIFF PRAYS THIS HONORABLE COURT TO DISMISS DEFENDANTS JOINT MOTION AND SET THIS CLAIM FOR TRIAL BY JURY.

DATED: 4/1/15

/s/ Nathan Grant

NATHAN GRANT
R-21691
PONTIAC C.C.
P.O. BOX 99
PONTIAC, IL 61764

STATE OF ILLINOIS       )
                        ) ss  CASE NO. 14-CV-2230
COUNTY OF Livingston    )

## AFFIDAVIT

I, NATHAN GRANT, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

IN PRISONERS CIVIL RIGHTS VOLUME 3 UNDER PLRA 17:17 IT STATES: "JONES RESOLVES A NUMBER OF IMPORTANT ISSUES. FOR ONE THING, ITS HOLDING THAT THE EXHAUSTION RULE IS AN AFFIRMATIVE DEFENSE MEANS THAT WHILE THE EXHAUSTION REQUIREMENT IS MANDATORY, IT IS NOT JURISDICTIONAL. BECAUSE EXHAUSTION IS NOT A JURISDICTIONAL REQUIREMENT, IT IS CONSIDERED WAIVED IF OMITTED FROM DEFENDANTS ANSWER. WHILE THERE ARE DECISIONS THAT ALLOW DEFENDANTS TO AMEND THIER ANSWER TO ASSERT A PREVIOUSLY WAIVED DEFENSE ON THIS ISSUE, THE BETTER REASONED CASES HOLD THAT IN ACCORDANCE WITH THE NORMAL STANDARD ON AMENDMENTS OF PLEADING, THAT AMENDMENT CANNOT BE PERMITTED IF DOING SO CAUSES PREJUDICE TO PLAINTIFF." (SEE EXHIBIT (A) PAGE 2 OF DEFENDANTS ANSWER)(ATTACHED)

DEFENDANT RICHARD BICKLES ANSWER OMITTED IN ITS AFFIRMATIVE DEFENSE OF USING FAILURE TO EXHAUST ADMINISTRATIVE REMEDY, THEREFORE WAIVING IT AS A DEFENSE TO USE IN SUMMARY JUDGEMENT. DEFENDANT RICHARD BICKLES PART IN THE JOINT MOTION FOR SUMMARY JUDGEMENT AND SUPPORTING MEMORANDUM OF LAW SHOULD BE DISMISSED BY LAW. I ALSO ASK THE COURTS NOT TO ALLOW DEFENDANT RICHARD BICKLE TO AMEND HIS ANSWER WHERE FORE IT WOULD BE PREJUDICE TO ME IF THE COURTS HOLD I DID NOT MEET EXHAUSTION REQUIREMENT. THE DEFENDANT RICHARD BICKLES AMENDED MOTION WOULD BE TIME BARRED ANYWAY TO USE EXHAUSTION REQUIREMENT NOW, PER SCHEDULING ORDER BY JUDGE TO FILE A SUMMARY JUDGEMENT ON EXHAUSTION IN 30 DAYS FROM DATE SCHEDULING ORDER WAS FILED FEBUARY 17, 2015 WHICH TIME LIMIT IS OVER, ONLY SOLUTION IS TO DISMISS.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 1 day of April, 2015.

_____
Affiant

[Notary Seal: MARK G. SPENCER, OFFICIAL SEAL, Notary Public - State of Illinois, My Commission Expires August 27, 2018]

plaintiff suffered any injury or harm as result of any act or omission on his part.

## AFFIRMATIVE DEFENSES

1. Defendant Bickle is a government official, specifically a jail administrator, who performs discretionary functions. At all times material to the allegations in plaintiff's Complaint, a reasonable jail administrator objectively viewing the facts and circumstances that defendant Bickle faced could have believed his actions to be lawful, in light of clearly established law and the information he possessed. In other words, defendant Bickle did not knowingly violate clearly established constitutional rights of which a reasonable person would have known. Defendant Bickle, therefore, is entitled to qualified immunity as a matter of law on plaintiff's deliberate indifference claim brought against him in his individual capacity.

2. Defendant Bickle is not a medical provider or a medical professional and does not render medical advice, care, or treatment to inmates at Douglas County Jail. Consequently, he is entitled to rely on the professional judgment of medical personnel who examined and treated plaintiff.


EXHIBIT (A)

STATE OF ILLINOIS        )
                         ) ss   CASE NO. 14-CV-2230
COUNTY OF Livingston     )

### AFFIDAVIT

I, NATHAN GRANT, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

THE DEFENDANTS ALLEGE I NEVER FILED A GRIEVANCE ON THIS INCIDENT OR THAT THEIR JAIL RECORDS AT DOUGLAS COUNTY JAIL SHOW NO GRIEVANCE ON RECORD. I DON'T BELIEVE THE DEFENDANTS, IN PARTICULAR DEFENDANT RICHARD BICKLE WHO IS THE GRIEVANCE OFFICER AND WHO HAS THE JAIL RECORDS IN HIS OFFICE AS HE STATES IN HIS DECLARATION (SEE PAGE 3 PARAGRAPH 11). I DON'T TRUST THE DEFENDANT OR THE AUTHORITY AT DOUGLAS COUNTY JAIL, SHERIFF CHARLES MCGREW AND CHIEF DEPUTY PETER M. BUCKLEY. NOW I WILL PRESENT EVIDENCE TO SHOW WHY. (SEE EXHIBITS (B) PAGES 1-10 CORRESPONDANCE BETWEEN DOUGLAS COUNTY JAIL AUTHORITY AND FREEDOM OF INFORMATION OFFICER AND MYSELF; ALSO CORRESPONDANCE ATTACHED TO CLAIM). THIS FEW LETTERS BACK AND FORTH BETWEEN US FROM THE BEGINNING WILL SHOW THE DOUGLAS COUNTY JAIL'S AUTHORITY'S ATTEMPT TO WITHHOLD DOCUMENTS I'M REQUESTING, WHICH THEY KNEW WOULD BE USED AS EVIDENCE IN A CLAIM. WHEN I FIRST REQUESTED PHOTOGRAPHS THAT WERE TAKEN BY C.O'S IN THERE JAIL WITH THEIR DIGITAL CAMERA OF INCIDENTS WITH ME, ONE BEING THE PICTURE IN THIS CLAIM (SEE EXHIBITS (C) 1-4). THE DOUGLAS COUNTY JAIL AUTHORITY, ONE WHO IS JAIL ADMINISTRATOR RICHARD BICKLE THE DEFENDANT, TRIED TO SAY THAT THEY DID NOT HAVE THIS PHOTOGRAPHS AND WERE PUT IN MY PROPERTY AND PICKED UP BY MY MOTHER, WHICH WAS A LIE. I CONFRONTED THEM IN MY SECOND LETTER AND THE PHOTOGRAPHS MAGICALLY APPEAR, NOW THEY HAVE THEM AND SEND ME COPIES. THEY KNEW THOSE PICTURES EXISTED AND WHERE THOSE PICTURES WERE AT, THE JAIL RECORDS. I EVEN ASKED FOR COPIES WHILE THERE AND WAS TOLD BY DEFENDANT MY ATTORNEY HAS TO SUBPOENA THEM, THEY LIED!

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 1 day of April, 201_.

_____
Affiant

[Notary seal: MARK G. SPENCER, OFFICIAL SEAL, Notary Public - State of Illinois, My Commission Expires August 27, 2018]

CHARLES McGREW
<u>SHERIFF OF DOUGLAS COUNTY JAIL</u>

I WAS INCARCERATED AT DOUGLAS COUNTY JAIL FROM JULY/30/12 TO NOV/5/12, I WROTE SEVERAL GRIEVANCES DURING THAT TIME THAT ARE NOW IN A FILE FOR ME THERE, I WOULD LIKE TO HAVE COPIES OF ALL THOSE GRIEVANCES, IF IT COST FOR THOSE COPIES SEND ME THE PRICE AND I'LL PAY IT, ALSO SEVERAL PICTURES ARE IN MY FILE THAT I WOULD LIKE COPIES OF AS WELL.

I WOULD LIKE TO KNOW THE NAME OF YOUR NURSE THAT WORKED THERE DURING MY INCARCERATION AS WELL, IF YOU CAN PROVIDE HER NAME FOR ME PLEASE. ALSO, IF YOUR THE SAME SHERIFF DURING THAT TIME.

<u>I LOOK FORWARD TO YOUR RESPONSE TO MY LETTER.</u>
P.S I NEED NURSE'S & JAIL ADMINSTRATER'S FULL NAMES.

DATE: 5/2/14     SIGN: [signature]

Subscribed and sworn to before me this 2nd day of May, 2014.
Christina Smith
Notary Public

"OFFICIAL SEAL"
Christina G Smith
Notary Public, State of Illinois
My Commission Expires 4/26/2015

EXHIBIT (B)
PAGE 1



# KEVIN P. NOLAN
# STATE'S ATTORNEY
Douglas County Courthouse
Room 105
Tuscola, IL 61953-1665

KATE D. WATSON
First Assistant State's Attorney

DAVID DESCHLER
Assistant State's Attorney

ABBIE HARRISS
Victim-Witness Advocate

DIANA EVELAND
Administrative Assistant

KATHERINE HART
Support Staff

May 12, 2014

Nathan Grant
#R21691
Illinois River Correctional Center
P.O. Box 999
canton, IL 61530

Re: FOIA Request *received 05/09/14*

Dear Mr. Grant:

Thank you for submitting your request, to the Douglas County Sheriff's Department, for information pursuant to the Illinois Freedom of Information Act. You requested documents from the Douglas County Sheriff's Department regarding your time as an inmate.

Enclosed please find the requested material.

You have a right to have any denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

> Public Access Counselor
> Office of the Attorney General 500 South 2nd Street
> Springfield, Illinois 62706
> Fax: 217-782-1396
> E-mail: publicaccess@atg.state.il.us

EXHIBIT (B)

PAGE 2

Nathan Grant
Illinois River Correctional Center
P.O. Box 999
Canton, IL 61520

Mr. Grant,

Attached to this letter is the information you requested:

(1) All grievances authored by Nathan Grant, dated 09/09/2012, 09/21/2012, 11/01/2012, and a second grievance on the same date, 11/01/2012
(2) Personal Property Release Form indicating all property was released to Brenda Smith on 01/22/2013 (This would include any photographs).
(3) The name of the nurse is Peg Clark, and Nurse Clark and she may be contacted through her employer, Correctional Healthcare Companies, 9000 Lindbergh Drive, Peoria, IL 61615.
(4) The name of the Jail Administrator is Sergeant Dick Bickel, Douglas County Sheriff's Office, 920 S. Washington Street, Tuscola, IL 61953.

No fees will be charged for copying this request.

    Peter M. Buckley
    Chief Deputy
    Douglas County Sheriff's Office

*Handwritten annotations:* PHOTOS (next to item 2); EXHIBIT (B) PAGE 3

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Thank you for your attention to this matter.

Very truly yours,

Kevin P. Nolan
State's Attorney/ Freedom of Information Officer

KPN/kpn

Cc: Sheriff Charles McGrew

EXHIBIT (B)

PAGE 4

RECEIVED
JUN 25 2014
DOUGLAS COUNTY
STATE'S ATTORNEY

STATE'S ATTORNEY
KEVIN P. NOLAN,

I HAVE A ISSUE WITH THE INFO I WAS SUPPOSE TO BE SENT. I GOT TWO ISSUES, ONE IS I DON'T BELIEVE I RECIEVED COPIES OF EVERY GRIEVANCE I FILED IN DOUGLAS COUNTY JAIL, PARTICULARLY A GRIEVANCE OR GRIEVANCES THAT I'M SURE I FILED PERTAINING TO A INJURY I ENDURED WHILE THERE, I WAS BITTEN BY A SPIDER, PROBABLY A RECLUSE CONSIDERING THE BITE AND HOW SWOLLEN IT WAS, THAT THE NURSE SAID WASN'T A BITE BUT MRSA, WHICH WE DISAGREED ON AND DEBATED ABOUT TO A POINT I WASN'T GIVEN PROPER TREATMENT AND ENDED UP HEALING MYSELF, I ALSO HAD A PICTURE TAKEN OF THE BITE. NOW THAT BRINGS ME TO THE SECOND ISSUE THESE PICTURES THAT WHICH YOU SAY WAS RELEASED TO MY MOTHER ISN'T TRUE, I NEVER HAD ANY PHOTOGRAPHS PUT IN MY PERSONNEL PROPERTY, ONLY THING IN MY PROPERTY WAS CLOTHS FOR COURT INCASE I WENT TO TRIAL, AND A COUPLE DVD'S OF MY DUI THAT WAS RECORDED BY OFFICER'S SQUAD CAR THAT MY ATTORNEY P.O. LEE GAVE ME ON A VISIT. THESE PICTURES I'M ASKING FOR ALL FOUR PICTURES, SPECIFIC PICTURES OF THE TWO INCIDENTS THAT HAPPEN, ONE OF THE SPIDER BITE, THREE OF THE BREAD TIE I CHOKED ON THAT WAS TAKEN BY C/O'S AND PUT IN THE FILE AT DOUGLAS COUNTY JAIL JUST LIKE ALL GRIEVANCES I FILED OF ANY INCIDENTS THAT HAPPENNED, WHY WOULDN'T DOUGLAS COUNTY JAIL HAVE COPIES OF PICTURES TAKEN WITH THERE DIGITAL CAMERA OF INCIDENT IN THERE JAIL, I GET

EXHIBIT (B) PAGE 5

told by Jail Administrator Bickle while I was there after incidents happened that I couldn't have copies of the pictures when I asked for them. He told me that my attorney would have to have them subpoena out of my file. Now your trying to tell me there isn't any pictures, not even copies that Douglas County Jail would keep on records for there files, I kind that hard to believe and so would a judge.

So I'm writting you again requesting copies of those four specific pictures and I'm requesting a copy of inventory sheet of my property when it was being held at Douglas County Jail, also I ~~want~~ want the name of kitchen supervisor who worked 1st shift on 11/1/12 and trustee that was working with supervisor ~~that~~ that day.

There was also a incident where I was bitten by a spider that I'm sure I wrote grievances on that you didn't send me for improper medical attention and asking to go to the hospital. I want copies of those grievances I know I wrote thats being withheld. I also want copies of medical reports of incidents of spider bite and breathe written up by Nurse Clark when I went and seen here for my ~~injuries~~ injuries.

I look forward to getting info I've

page 6
Exhibit (B)

REQUESTED FOR MY LAWSUIT AND A RESPONSE TO THIS LETTER BY YOUR OFFICE CONCERNING THIS SPECIFIC MISSING DOCUMENTS I REQUESTED IN MY FIRST LETTER THAT I DIDN'T RECIEVE AND ALSO OF NEW DOCUMENTS I'M REQUESTING.

DATE: / /14

/S/ Mathew Glover

PAGE 7

EXHIBIT (B)

# FREEDOM OF INFORMATION REQUEST
## STATE OF ILLINOIS (1)



**Name of Agency:** JAIL ADMINISTRATOR BICKLE / KEVIN NOLAN CHIEF, DOUGLAS COUNTY JAIL
**City:** TUSCOLA
**Address:** 920 S. WASHINGTON, TUSCOLA IL 61953

**Requester's Name (or business name if applicable):** NATHAN GRANT
**Street Address:** IL. RIVER CC. P.O. BOX 999
**City:** CANTON **State:** IL **Zip:** 61520

**Date of Request:** 7/14
**Phone Number:** N/A
**Certification Requested:** [X] YES [ ] NO
**Requester's Signature:** /s/ Nathan Grant

**INSTRUCTIONS:** Requester should fill out the REQUEST portion (the top half) and sign the Requester's Signature block. Send copies 1 and 2 to the Agency. Keep the 3rd copy for reference. Send no money at this time. Unless notified otherwise the Agency's response for APPROVED, DENIED or DEFERRED will be sent back within 7 working days after receipt of the form.

**DESCRIPTION OF RECORDS REQUESTED:**
GRIEVANCE PROCEDURE IN DOUGLAS COUNTY JAIL AND GRIEVANCE APPEAL PROCESS IF ONE IN DOUGLAS COUNTY JAIL. RULES AND REGULATIONS OF DOUGLAS COUNTY JAIL. POLICY AND PROCEDURE OF DOUGLAS COUNTY JAIL. INCIDENT REPORTS MADE OF THE SPIDER BITE AND OF BREAD TIE I CHOKED ON AT DOUGLAS COUNTY JAIL.

THE FOUR PICTURES TAKEN OF BOTH INCIDENTS, ONE OF SPIDER BITE, AND FOUR OF BREAD TIE. AND ANY GRIEVANCES I DIDN'T GET SPECIFIC ON SPIDER BITE. AND KITCHEN SUPERVISOR NAME ON 11/1/12. AND TRUSTEES NAME.

AND ALL MEDICAL REPORTS DONE BY NURSE / DR.

[X] REQUESTING COPIES   [X] TO INSPECT RECORDS

---

**AGENCY RESPONSE (REQUESTER DOES NOT FILL IN BELOW THIS LINE)**

**APPROVED**
[ ] The documents requested are enclosed.
[ ] The documents will be made available upon payment of copying costs .......... $_____
[ ] You may inspect the records at _____
on the date of _____

**DENIED**
[ ] The request creates an undue burden on the public body in accordance with Section 3(f) of the Freedom of Information Act, and we are unable to negotiate a more reasonable request.
[ ] The materials requested are exempt under Section 7 _____ of the Freedom of Information Act for the following reasons:

**INDIVIDUAL(S) THAT DETERMINED REQUEST TO BE DENIED**

**RIGHT TO APPEAL**
If desired, submit the attached APPEAL form (No. 2) along with copies of this original REQUEST and DENIAL and reasons for appeal to:

**DEFERRED**
[ ] Request delayed, for the following reasons (in accordance with 3(e) of the FOIA):
You will be notified by the date of _____ as to action taken on your request.

**FOIA Officer:** _____  **Date of Reply:** _____

The information requested by this form is MANDATORY in order to comply with P.A. 83-1013. Failure to so provide may result in this form not being processed. This form is approved by the Forms Management Center.
IL 001-0005 (1/84)
LEGEND FOR REQUESTOR: 1st copy (white) – send to Agency; 2nd copy (canary) – send to Agency; 3rd copy (pink) – Requestor's copy

EXHYBIT (B) PAGE 8



# KEVIN P. NOLAN
# STATE'S ATTORNEY
### Douglas County Courthouse
### Room 105
### Tuscola, IL 61953-1665

---

KATE D. WATSON
First Assistant State's Attorney

DAVID DESCHLER
Assistant State's Attorney

ABBIE HARRISS
Victim-Witness Advocate

DIANA EVELAND
Administrative Assistant

KATHERINE HART
Support Staff

June 26, 2014

Nathan Grant
#R21691
Illinois River Correctional Center
P.O. Box 999
canton, IL 61530

Re: FOIA Request *received 06/25/14*

Dear Mr. Grant:

Thank you for submitting your request, to the Douglas County Sheriff's Department, for information pursuant to the Illinois Freedom of Information Act. You requested documents from the Douglas County Sheriff's Department regarding your time as an inmate:

1. 3 photographs of a bread tie
2. 1 photograph of a suspected spider bit on your person
3. Inventory sheet of your property while you were incarcerated at the Douglas County Jail
4. The name of the kitchen supervisor at the jail on November 1, 2012
5. The name of the trustee who assisted the kitchen supervisor
6. A copy of the grievance asking to go to the hospital
7. A copy of the medical report of the suspected spider bite
8. A copy of the medical report regarding the allegation that a bread tie had been inside your throat

Enclosed please find the requested material:

1. Attached are three photographs taken of the bread tie
2. Attached is the photograph of the staph infection on your person from the relevant time period.
3. The "inventory sheet" is part of your booking sheet under the heading, "Personal Property". Your booking sheets are attached.
4. The name of the kitchen supervisor is Barb Moseley
5. The name of the trustee is George Seaman

PAGE 9
EXHIBIT (B)

6. There is no grievance from you to DCSO staff requesting to go to the hospital in DCSO records. Your request is denied for the following reason: No such record exists and this office is not obligated to create a file that did not previously exist when the FOIA was enacted.
7. In regards to medical records, your request is denied for the following reason: No such record exists and this office is not obligated to create a file that did not previously exist when the FOIA was enacted. The Douglas County Sheriff's Office does not maintain medical records. Requests for medical reports taken at the Douglas County Jail should be directed to the provider: Correctional Healthcare.

You have a right to have any denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a). You can file your Request for Review with the PAC by writing to:

> Public Access Counselor
> Office of the Attorney General 500 South 2nd Street
> Springfield, Illinois 62706
> Fax: 217-782-1396
> E-mail: publicaccess@atg.state.il.us

You also have the right to seek judicial review of your denial by filing a lawsuit in the State circuit court. 5 ILCS 140/11.

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Thank you for your attention to this matter.

Very truly yours,

Kevin P. Nolan
State's Attorney/ Freedom of Information Officer

KPN/kpn

Cc: Sheriff Charles McGrew

EXHIBIT (B)
PAGE (C)

PIC ← BACKSIDE



1 PICTURE ON OTHER SIDE OF THIS PAGE.

EXHIBIT (C)
PAGE 1

1 PICTURE ON BACKSIDE OF
THIS PAGE ONLY   PAGE 2
EXHIBIT (C)



EXHIBIT (C)
PAGE 3

IMAGE: Person: Nathan B. Grant

DESCRIPTION: Pic of staph infection   10/02/2012   20:05



SEE FILED COLOR PHOTO WITH CLAIM SHOWS BETTER DETAIL



EXHIBIT (C)

PAGE 4

STATE OF ILLINOIS     )
                      ) ss   CASE NO. 14-CV-2230
COUNTY OF Livingston  )

## AFFIDAVIT

I, NATHAN GRANT, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

RICHARD BICKLE IS SOLE WITNESS BY HIS DECLARATION SAYING I DID NOT FILE A GRIEVANCE SINCE HE IS THE GRIEVANCE OFFICER. I'VE SHOWN WITH EVIDENCE WITH MATERIAL FACT SHOWING HOW DOUGLAS COUNTY JAILS AUTHORITY'S ARE DISHONEST ABOUT HAVING DOCUMENTS REQUESTED BY ME. THE SAME CAN BE WITH THIS ONE GRIEVANCE WHICH I KNOW I FILED, I EXHAUSTED MY REMEDIES, IF THE DEFENDANT AND HIS SUPERIORS CAN WITHHOLD MY PHOTOGRAPHS, THEY COULD DO THE SAME WITH MY GRIEVANCE, EVEN DESTROY IT, I'VE ALREADY SHOWN YOU CAN'T TRUST WHAT THEY SAY, WITH THE EXHIBITS (B) 1-10 CORRESPONDANCE. NOW THEIR CREDIBILITY IS IN QUESTION AND IF A WITNESS'S CREDIBILITY CAN BE SHOWN BY EVIDENCE OF MATERIAL FACT THEN ONE MUST QUESTION ALL THEY SAY. PRISONER CIVIL RIGHTS VOLUME 3, PLRA 17:21 "IF THERE IS A LEGITIMATE ISSUE OF FACT AS TO WETHER OR NOT THERE HAS BEEN EXHAUSTION BY THE INMATE, THE MATTER MUST BE RESOLVED AT AN EVIDENTIARY HEARING. WETHER THE TRAIL OF FACT FOR THIS ISSUE SHOULD BE BEFORE A JURY OR THE TRAIL JUDGE HAS NOT BEEN RESOLVED." I'M ASKING THE COURTS TO PONDER, I'M SAYING I DID INDEED FILE A GRIEVANCE, I HAD COPIES OF ALL MY GRIEVANCES, I MISPLACED THEM ON MY MANY TRANSFERS IN IDOC OVER LAST 2 YR'S, HENCE MY REQUEST FOR THEM. THE DEFENDANTS SAY I DIDN'T, ESPECIALLY THE DEFENDANT RICHARD BICKLE WHO ALLOWS HIS SUPERIORS TO PROCESS GRIEVANCE'S IN HIS ABSENCE (SEE HIS DECLARATION PAGE 3 PARAGRAPH 12) WHO'S TO SAY HOW THEY PROCESS THEM AND IF THEY MAKE COPIES PUT THEM IN JAIL RECORDS SINCE RICHARD BICKLE IS ABSENCE AND HIS OFFICE MAY, OR MAY NOT BE LOCKED WHERE JAIL RECORDS ARE KEPT, I SHOWED HIM AND HIS SUPERIORS CAN BE HOLDING DOCUMENTS BACK, AND HAVE ALREADY BEFORE. CREDIBILITY QUESTIONED!

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this  1  day of  April , 201_.

_____
Affiant

[Notary Seal: MARK G. SPENCER, OFFICIAL SEAL, Notary Public - State of Illinois, My Commission Expires August 27, 2016]

STATE OF ILLINOIS    )
                     ) ss  CASE NO. 14-CU-2230
COUNTY OF LIVINGSTON )

## AFFIDAVIT

I, NATHAN GRANT, do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

THE ISSUE OF MY CLAIM TOOK PLACE BETWEEN SEPTEMBER 29, 2012 THROUGH OCTOBER 10, 2012, SO AS THE LAW PERMITS A PLAINTIFF MUST FILE HIS CLAIM WITHIN TWO YEARS FROM WHEN THE INCIDENT OCCURED. I FILED MY CLAIM SEPTEMBER 19, 2014 ABOUT 9 TO 10 DAYS BEFORE THE TWO YEAR TIME LIMIT WAS UP AND ME BEING TIME BARRIED FROM FILING. NOW IF THE ISSUE OF WETHER I TRUELY EXHAUSTED ADMINISTRATIVE REMEDIES OR NOT, REMAINS A UNRESOLVED ISSUE OF THE MATERIAL FACTS AND BOTH PARTIES SHOWING YES & NO AND NO & YES, THEN THERE IS A SOLUTION. I SHOULD BE ALLOWED TO EXHAUST BY FILING A GRIEVANCE IN DOUGLAS COUNTY JAIL, IF YOU LOOK AT DOUGLAS COUNTY JAILS 2014 (REVISED) RULEBOOK PAGE 8 PARAGRAPH ABOUT GRIEVANCE PROCEDURE. THERE IS NO TIME LIMIT ON THE GRIEVANCE PROCESS SO TECHNICAL I CAN STILL EXHAUST ADMINISTRATIVE REMEDIES AND DEFENDANT RICHARD BICKLE WILL HAVE TO GIVE A RESPONSE IN 7 DAYS, THE POINT THAT NO INJUNCTIVE RELIEF CAN BE GIVEN DOESN'T MATTER, PLRA'S EXHAUSTION REQUIREMENT IS REQUIRED NO FUTILITY EXCEPTIONS, THE POINT IS I CAN EXHAUST EXCEPT. ONE RESTRICTION, I'M TIME BARRIED FROM REFILING MY CLAIM CAUSE OF TWO YEAR STATUTE. PRISONER CIVIL RIGHTS VOLUME 3 17:19 "SOME COURTS AVOIDED THE RESULT BY EITHER FINDING THE STATUTE IS TOLLED PURSUANT TO STATE LAW DURING THE TIME THE ACTIONS FILLED, FINDING THAT THE STATUTE IS EQUITABLY TOLLED DURING THE CASE WAS FILED IN FEDERAL COURT, OR HOLDING THAT THE ACTION CAN BE STAYED WHILE AN UNEXHAUSTED CLAIM IS EXHAUSTED." THIS IS WHAT I PRAY THIS HONORABLE COURT TO DO ON MY BEHALF, TOLLING THE TWO YR TIME LIMIT OR THE ACTION STAYED WHILE I EXHAUST MY REMEDIES IF NO OTHER SOLUTION.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 1 day of April, 2015.

_Nathan Grant_
Affiant

MARK G. SPRINGER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016