IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NATHAN GRANT,

   PLAINTIFF,

VS.

RICHARD BICKLE,

PEG CLARK,

DR. MICHAEL P. HENAN,

   DEFENDANTS,

CASE NO. 14-CU-2230

MOTION TO SUBMITT AFFIDAVIT WITH ANSWER FILED

NOW COMES PLAINTIFF, NATHAN GRANT, PRO-SE PRAYS THIS HONORABLE COURT TO ALLOW HIM TO SUBMITT THIS LONE AFFIDAVIT WITH THE ANSWER PLAINTIFF FILED IN RESPONSE TO DEFENDANTS JOINT MOTION FOR SUMMARY JUDGEMENT. ANSWER WAS FILED ON 4-2-15.

FURTHERMORE PLAINTIFF STATES AS FOLLOWS:

1. THAT ATTACHED DOCUMENTS WERE RECENTLY RECIEVED SHORTLY AFTER SENDING HIS ANSWER TO BE FILED TO THE COURTS, WHICH WERE NEEDED FOR THIS AFFIDAVIT AND WHICH STRENGTHEN'S HIS ANSWER TO DEFENDANTS JOINT MOTION. THIS AFFIDAVIT IS PROOF THAT PLAINTIFF RECIEVED A DENIAL LETTER FOR A GRIEVANCE FORM BEFORE HIS CLAIM WAS FILED, AND THAT IT EXIST BECAUSE THE DENIAL OR A COPY OF IT FROM THE FREEDOM OF INFORMATION OFFICER.

2. Also a blank grievance has been filled out and submitted to exhaust administrative remedy, which plaintiff contends still he has done already, but is doing again for his claims sake.

Wherefore plaintiff prays this Honorable Court to submit this Affidavit with his answer to defendants Joint motion for summary judgement with memorandum of law by grant this motion.

Respectfully,

Date: 4/9/15          /s/ [signature]